In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the FIRST MORTGAGE GUARANTY AND TITLE COMPANY. In the Matter of the Application of BOARD OF NATIONAL MISSIONS OF THE PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA, Respondent. 428–430 EAST SIDNEY AVENUE,

MOUNT VERNON, NEW YORK. GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of FIRST MORTGAGE GUARANTY AND TITLE COMPANY, Appellant.— Order directing an accounting by Van Schaick, Superintendent of Insurance, as rehabilitator of the First Mortgage Guaranty and Title Company, and by said Guaranty and Title Company, affirmed, with ten dollars costs and disbursements. No opinion. The hearing on said account and objections to be had on a date to be fixed by the Special Term, to which the matter is remitted. Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ., concur.